OOU



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 5, 1939

Honorable Wm. B. Martin
Assistant Criminal District Attorney
Hillsboro, Texas

Dear Sir:

Opinion No. O-374
Re: Is the person whose qualifi-
cations are set out qualified
to be appointed county auditor?

We are in receipt of your letter of March 24 read-
ing as follows:

"Under Article 1648 R.C.S. the county is
authorized to select as its auditor a citizen
of the county provided he is a competent ac-
countant of at least two years' experience in
auditing and accounting.

"Under this statute would a party who has
been employed in the Covington Bank for twenty-
eight years, since 1927 audited the school
funds, and in 1935 audited an estate for the
Veterans' Administration, be eligible for such
an appointment, assuming he meets the qualifi-
cations as to character?"

In viewing Article 1648 R.C.S. 1925 as a whole, it
appears that the first sentence sets up certain standards.
The second sentence vests in the judge not only the power
to appoint but the burden to investigate the applicant to
see if he fulfills the enumerated standards set out in the
preceding sentence.

It is our opinion that the Legislature has given
the judge the authority to appoint the county auditor as
well as to pass upon the applicant's qualifications.

Hon. Wm. B. Martin, April 6, 1939, Page 2


        We are of the opinion that the question here presented is one of fact, and the Legislature in the second sentence of the act specifically delegated this authority to the appointing judge.


                                        Yours very truly

                                ATTORNEY GENERAL OF TEXAS


                        By                      Pirtle Watts
                                                Pirtle Watts
                                                Assistant


PW—MR

APPROVED:

ATTORNEY GENERAL OF TEXAS